UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SDNY PRO SE OFFICE
2016 JUN 20 AM 9:32

DUSHAWN KING; LARRY McNAIR; ERIC KEATON;

CASSIUS DALEY; JUSTIN CAMEANELLO;

Write the full name of each plaintiff.

No. 16 CV 4646

(To be filled out by Clerk's Office)

-against-

N.Y.C. D.O.C. COMM. JOSEPH PONTE;

G.R.V.C. WARDEN MONICA WINDLEY; DEPUTY

WARDEN SECURITY HILL; C.O. DECICCO, BADGE

# 13723; C.O. STRONG

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| DUSHAWN | | KING |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

#4411500009

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

G.R.V.C.

Current Place of Detention

09-09 HAZEN ST, EAST ELMHURST, N.Y. 11370

Institutional Address

| EAST ELMHURST, | NEW YOTRK | 11370 |
|---|---|---|
| County, City | State | Zip Code |

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

PLAINTIFFS INFORMATION

2. LARRY McNAIR, #3491502006
   09-09 HAZEN ST, G.R.V.C.
   EAST ELMHURST, N.Y. 11370
   *[signed] L. McNair*

3. ERIC KEATON, #3601600027
   09-09 HAZEN ST, G.R.V.C.
   EAST ELMHURST, N.Y. 11370
   *[signed] Eric Keaton*

4. JUSTIN CAMENELLO #4411603980
   09-09 HAZEN ST, G.R.V.C.
   EAST ELMHURST, N.Y. 11370
   *[signed]*

5. MALIK RAINEY #3101600438
   09-09 HAZEN ST, G.R.V.C.
   EAST ELMHURST, N.Y. 11370
   *[signed] Malik Rainey*

6. CASSIUS DALEY #
   09-09 HAZEN ST, G.R.V.C.
   EAST ELMHURST, N.Y. 11370

v¹/₄ P¹¹ ROBERT ANDERSON #349 160 2082 *[signed] Robert Anderson*
   09-09 HAZEN ST, G.R.V.C.
   EAST ELMHURST, N.Y. 11370

7. OSCAR FOMBY #2411507786
   09-09 HAZEN ST, G.H.V.C.
   EAST ELMHURST, N.Y. 11370
   *[signed] Oscar Fomby*

8. ANTOINE GARCIA #~~3491600173~~ #349 160 1196?
   09-09 HAZEN ST, G.H.V.C.
   EAST ELMHURST, N.Y. 11370
   *[signed] A. Garcia*

9. RAKEEM DOUGLAS # 3101600173
   09-09 HAZEN ST, G.R.V.C.
   EAST ELMHURST, N.Y. 11370
   *[signed] Rakeem Douglas*

10. WILLIAM WHITE #3491601869
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370
    *[signed] William White*

11. PEDRO DOLLIOLE #3001600202
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370
    *[signed]*

12. JAYME RODRIGUEZ #3491403013
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370
    *[signed] JAyme Rodriguez 349,403 013*

13. WILLIE BROWN #1411600234
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370
    *[signed] Willie Brown*

14. ROBINSON BERMUDEZ #4411501688
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370
    *[signed]*

MAURICE JAMESON # 3491513984 *[signed] Jamison maurice*
09-09 HAZEN ST, G.R.V.C.
EAST ELMHURST, N.Y. 11370

PLAINTIFF'S INFORMATION PAGE (3)

16. ARTHUR ROBENOVA # 441160 1502
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370

17. CRAIG SYDOROWITZ # 349141314
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370

18. DAVID VAUGHN # 1411604565
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370

19. JEROME SMITH # 4411509006
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370

20. KEVIN RICHARDSON # 4411508798
    09-09 HAZEN ST, G.R.V.C.
    EAST ELMHURST, N.Y. 11370

DATED: JUNE 10, 2016

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

| First Name | Last Name | Shield # |
|---|---|---|
| JOSEPH | PONTE | N.Y.C.D.O.C. COMMISSIONER |

Current Job Title (or other identifying information): COMMISSIONER

Current Work Address: 77-20 ASTORIA BLVD

| County, City | State | Zip Code |
|---|---|---|
| EAST ELMHURST, | NEW YORK | 11370 |

**Defendant 2:**

| First Name | Last Name | Shield # |
|---|---|---|
| MONICA | WINDLEY | G.R.V.C. WARDEN |

Current Job Title (or other identifying information): G.R.V.C. WARDEN

Current Work Address: 09-09 HAZEN ST.

| County, City | State | Zip Code |
|---|---|---|
| EAST ELMHURST, | N.Y. | 11370 |

**Defendant 3:**

| First Name | Last Name | Shield # |
|---|---|---|
| DEPUTY WARDEN | HILL | G.R.V.C. DEPUTY WARDEN SECURITY HILL |

Current Job Title (or other identifying information): G.R.V.C. DEPUTY WARDEN SECURITY HILL

Current Work Address: 09-09 HAZEN ST.

| County, City | State | Zip Code |
|---|---|---|
| EAST ELMHURST, | NEW YORK | 11370 |

**Defendant 4:**

| First Name | Last Name | Shield # |
|---|---|---|
| C.O. | DECICCO | HOUSING UNIT 15B C.O. |

Current Job Title (or other identifying information): 09-09 HAZEN ST

Current Work Address: EAST ELMHURST

| County, City | State | Zip Code |
|---|---|---|
| EAST ELMHURST | NEW YORK | 11370 |

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: G.R.V.C. HOUSING UNIT 15B

Date(s) of occurrence: MARCH 2016 to PRESENT JUNE, 2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON THE ABOVE DATES BEGINNING MARCH, 2016 plaintiff DUSHAWN KING ON BEHALF OF ALLPLAINTIFFS NAMED HEREIN WERE SUBJECT TOTHE TOXIC INGESTION OF MOLD FROMTHE SHOWER AREAS THAT WAS AND COULD CAUSE LONG TERM CANCEROUS, AND LUNG INFECTION DURING DAILY SHOWERS WHERE THE STEAMFROM THE HOT WATER VAPORFIZES, AND IS INHALED BY ALL PLAINTIFFS PRO SE, DURING THESE SHOWER PERIODS DAY AND NIGHT. THESE ACTS ARE DELIBERATE INDIFFERENT WHEREAS THERE ARE PREEXISTING WORKOBERS TO REMOVE THE ABESTOS LIKE SUBSTANCE, BUT NEVER COMPLETED AND/OR ATTEMPTED TOBE REMOVED BY THE DEFENDANTS VIAMAINTENANCE DEPARTMENT, AND THE LONG TERM AFFECT SUBJECTS ALLPLAINTIFFS TOUNDERGOCRUELAND UNUSUAL PUNISHMENT THAT VIOLATE THEIR EIGHTH AMENDMENT RIGHTS OF THE UNITED STATES CONSTITUTION. THE DEFENDANTS HAVE AN OBLIGATED DUTY CONSISTENT WITH THE MINIMUM STANDARDS OF THE BOARD OF CORRECTION AND THE EQUAL OPPORTUNITY CLAUSE IN THE FOURTEENTH AMENDMENT TO ENSURE THE SAFETY OF ALLPLAINTIFFS UNDER THEIR EXCLUSIVE CARE, CUSTODY, AND CONTROL WITHOUT DELAY, AND CONSISTENT WITH BEING ACTORS AND LIABLE THEREOF UNDER THE CO,LOR OF STATE LAWS. THESE CONDITIONS ESSENTIALLY PUT THE PLAINTIFFS IN THE SAME MEDICALCATEGORY AS VICTIMS OF 9/11 for THE INFECTUOUS AFTERA FFECTS OF MOLD TOXINS LOCATED IN UNSANITARY ENVIRONMENTS. SECONDLY, PLAINTIFFS ARE CONFORMED AND FORCED TO SIT ON STOOLS THAT PROVIDE NOBACK SUPPORT DAILY FOR THE DURATIOLN (13 TO14 HOURS) TOSIT ON THESE TWOFEET HIGH STO

Page 4

STATEMENT OF CLAIM PAGE (2)

TO SIT ON THESE STOOLS THAT ARE APPROXIMATELY TWO FEET HIGH WITH NO BACK SUPPORT, WHICH EXTENDS PLAINTIFFS SPINE, AND CAUSES PLAINTIFFS TO WALK WITH THE HUNCHBACK SYNDROME, THAT NEED THE ASSISTANCE OF A CANE AFTER LONG TERM USE OF THESE STOOLS. IN ADDITION TO THESE STOOLS BEING MEFAL AND HARD STEEL SURFACE PLAINTIFFS HAVE DEVELOPED UNWARRANTED HEMMOROIDS AS THE EXACT RESULT OF THIS DYSFUNCTIONAL FURNITURE PROVIDED BY THE DEFENDANTS NAMED HEREIN, WHO HAVE NO REDGARDS FOR HUMAN LIFE AND LONG TERM SERIOUS MEDICAL CONDITIONS THAT COULD BE THE CAUSE OF ONE'S DEATH. THE NEW YORK CITY DEPARTMENT OF CORREDCTION DEFENDANTS ARE UTILIZING THESE ACTS AS A FORM OF TORTURE AGAINST THE PLAINTIFFS NAMED HEREIN. LASTLY, THE MINIMUM OF STANDARDS OF THE BOARD OF CORRECTION STATES THAT NO INMATE SHALL BE LOCKED IN A CELL NO LONGER THAN EIGHT HOURS, BUT FOR SLEEP, BUT THE DEFENDANTS C.O. DEICICCO, AND C.O. STRONG COMBATTED THAT POLICY IN JUNE OF 2016 WHEN THEY DID NOT LET ANY INMATES OUT OF THEIR CELL IN THAT EIGHT PERIOD, BUT ALSO TOOK IT UPON THEMSELVE TO DENY ALL THE PLAINTIFFS BREAKFAST THAT MORNING, WHICH IS A CALCULATED DISCRIMINATORY ACT THAT DEFIES CRUUEL AND UNUSUAL PUNISHMENT, AND EXCEEDED THEIR AUTHORITY TO IMPOSE UNWARRANTED DENIAL OF A DAILY BASIC NEED, WHICH IS FOOD AS AS IF THEY WERE PARTICIPANTS AND MEMBERS OF A CONCENTRATION CAMP. NO PLAINTIFF AND/OR DETAINEE NAMED HEREIN HAS BEEN SENTENCED TO HARD LABOR BY ANY COURT, AND SHOULD NOT BE THE SUBJECT OF LAB RAT TESTING BY THESE DEFENDANTS WHO ESSENTIALLY ARE PRACTICING DISCRMINATORY POLICIES THAT DEFY THE UNIVERSAL DECLARATION OF HUMAN RIGHTS OF ALL THE PLAINTIFFS NAMED HEREIN. THE UNLAWFUL IMPRISONMENT DAILY BY THESE DEFENDANTS ARE CRUCIAL ACTS THAT ARE CALCULATED AND DELIBERATE WITH THE SOLE PURPOSE OF CAUSING SERIOUS PHYSICAL INJURIES AND/OR MAYBE DEATH. UNDER MUNICIPAL LAW THE NEW YORK CITY DEPARTMENT OF CORRECTION DEFENDANTS COMMISSIONER JOSEPH PONTE, G.R.V.C. WARDEN MONICA WINDLEY, AND DEPUTY WARDEN OF SECURITY RENE ARE LIABLE IN THAT THEY DID NOT USE THEIR BROAD DISCRETION IN FORMING DIRECYTIVES AND POLICIES THAT LET THEIR SUBORDIN

### STATEMENT OF CLAIM PAGE (3)

POLICIES THAT LET THEIR SUBORDINATES OPERATE ITS FACILITY WITHIN THE CONFINES OF THE UNITED STATES CONSTITUTION AND NEW YORK STATE AND CITY LAWS THEREOF, WHICH MAKES THEM LIABLE UNDEWR THESE LAWS AND REGULATIONS. WHEREFORE, KINMLIGHT OF ALL THE FOLLOWING CONSTITUTIONAL AND STATE, AND CITY LAW VIOLATIONS IT IS RESPECTFYULLY REQUESTED BY ALL THE PLAINTIFFS NAMED HEREIN THAT THE RELIEF REQUESTED BE GRANTED IN ITS ENTIRETY. FOR THE PURPOSE OF JUSTICE, IN THE INTEREST OF JUSTICE TO BRING TO AN END THE MANY MISCARRIAGES OF JUSTICES VIA ALL CLAIMS STATED HEREIN.

Case 1:16-cv-04646-PGG-BCM   Document 2   Filed 06/20/16   Page 8 of 11

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLAINTIFFS HAVE SUUFERED AN ENORMOUS AMOUNT OF EMOTIONAL STRESS, AND MENTALANGUISH, CHEST PAINS, BACKPAINS, HEMMOROIDS, HUNCH BACK SYNDROME, BREATHING PROBLEMS, RUNNYNOSE, SCRATCHY THROAT, TEARY EYES, CLAUTROPHOBIA, ANXIETY, NIGHTMARES, HEADACHES, PARANOIA, VISUAL AND AUDITORY HALLUCINATIONS, CRAMPS, AMBULATION PROBLEMS

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

ALLPLAINTIFFS REQUEST AND SEEK EMOTIONALSTRESS, AND MENTAL ANGUISH DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL, AND OFFICIAL CAPACITY IN THE AMOUNT OF $250,000.00 ALL PLAINTIFFS ALSOSEEK PAIN AND SUFFERING DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL, AND OFFICIAL CAPACITY IN THE AMOUNT OF $250,000.00 AND FINALLYPLAINTIFFS SEEK PUNITIVE DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL, AND OFFICIAL CAPACITY IN THE AMOUNT OF $500,000.000 FOR A SUBTOTALOF SIX MILLION DOLLARS KKMM EACH      PLAINTIFF. THAT THE COURT ORDEDR THE DEFENDANTS TO REMOVE ALLMOLD IMMEDIATELY FROM THE B U

Page 5

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

JUNE 10, 2016

Dated

Plaintiff's Signature

DUSHAWN                                                  KING

First Name          Middle Initial          Last Name

09-09 HAZEN ST, G.R.V.C.

Prison Address

EAST ELMHURST, N.Y. 11370

County, City                          State                  Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 6/10/16

MR. DUSHAWN KING # 4411500009
09-09 HAZEN ST., E.R.V.C.
EAST ELMHURST, N.Y. 11370

RECEIVED
SDNY PRO SE OFFICE
2016 JUN 20 AM 9:32

"CONFIDENTIAL LEGAL MAIL"

USM P3 SDNY

PRO SE INTAKE UNIT ROOM200
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL ST.
NEW YORK, N.Y. 10007




